# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY PARISI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS-CONTINENTAL CREDIT & COLLECTION CORP., and DOES 1-10, inclusive, and each of them,<br><br>Defendants. | Case No. 3:18-CV-02924-JD<br><br>**ORDER** |

Pursuant to the Stipulation of the Parties (Dkt. No. 23), the Court dismisses the entire case with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party will bear their own costs and expenses.

Dated: January 24, 2019

_____
JAMES DONATO
United States District Judge